**Order entered August 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01468-CR

**CLARENCE RAY HINES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F13-71067-Y

## ORDER

On July 9, 2015, this Court ordered the Dallas County District Clerk to file a supplemental record containing the jury charges and the jury's verdicts on both guilt/innocence and punishment. In response, on August 7, 2015, the District Clerk filed a letter stating that neither the jury charges nor the verdicts are located on the OnBase system and they have been "misplaced." In light of this information, this is now the order of the Court.

We **ORDER** the trial court to make findings regarding whether the jury charges and jury verdicts of both the guilt/innocence and punishment phases of the trial are in the possession of the Dallas County District Clerk's Office or whether the jury charges and verdicts have been lost or destroyed.

If the trial court finds that the Dallas County District Clerk's Office does not have possession of the jury charges and verdicts or that the documents have been lost or destroyed, the trial court shall determine whether the parties, by written stipulation, can deliver copies of the jury charges and verdicts to the Dallas County District Clerk for inclusion in a supplemental clerk's record.

If the parties cannot agree, we **ORDER** the trial court to determine what constitutes accurate copies of the jury charges and verdicts for both guilt/innocence and punishment, and order that the documents be included in a supplemental clerk's record. *See* TEX. R. APP. P. 34.5(e).

We **ORDER** the trial court to transmit to this Court, within **THIRTY DAYS** of the date of this order, a record containing its written findings of fact, any supporting documentation, and the documents it has determined are accurate copies of the jury charges and verdicts for both guilt/innocence and punishment.

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received.


/s/     ADA BROWN
        JUSTICE